IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| IN RE: POLYESTER STAPLE ANTITRUST LITIGATION | MDL DOCKET NO: 3:03-CV-1516 |
|---|---|
| PARKDALE MILLS, INCORPORATED, et al., <br><br> Plaintiff, <br><br> vs. <br><br> CNA HOLDINGS, INC., et al. <br><br> Defendants. | WDNC DOCKET NO.: 3:06-CV-390 |

ORDER DISMISSING DEFENDANTS CNA HOLDINGS, INC.,
CELANESE AMERICAS CORPORATION AND HOECHST
AKTIENGESELLSCHAFT WITH PREJUDICE

For good cause shown, the above-captioned action is dismissed against all named defendants, including, without limitation, Defendants CNA Holdings, Inc. (f/k/a HNA Holdings, Inc. and f/k/a Hoechst Celanese Corporation), Celanese Americas Corporation (f/k/a Hoechst Corporation), and Hoechst Aktiengesellschaft (now known as Hoechst GmbH) with prejudice, and with each party to bear its own fees and costs.

This 12th day of June, 2008.

_____
The Honorable Richard L. Voorhees